UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

U.S. COURTS
DEC 09 2014
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

| | |
|---|---|
| Michael Nocito ) | |
| ) | Case No. 1:14-cv-00404-REB |
| Plaintiff, ) | |
| vs. ) | **MOTION TO DISMISS** |
| ) | **WITHOUT PREJUDICE** |
| Navient (Sallie Mae) ) | |
| ) | |
| Defendant ) | |
| ) | |

The Plaintiff, Michael Nocito requests that the Court dismiss this action without prejudice pursuant to the need to look into further options in the case. The venue for the case has been moved from small claims to district court and the Plaintiff needs time to consider legal representation. Appropriate time is also needed to bring the Defendant's offer under consideration with the necessary counsel. The Plaintiff has been unable to acquire legal counsel as of yet due to a rigorous business travel schedule, and will be out of the country on business for the greater part of the next ninety days. Attempts have been made to respond to the Defendant's offer, however the Defendant has yet to counter respond, and the Plaintiff intends to bring the matter back before the court at a later date within a time period allowed by applicable law.

Signature

*Michael Nocito*

Date

12-08-2014